# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:19-cr-289-CEH-TGW

TANA FALL GYENIS
_____

## ORDER

This matter comes before the Court on Defendant Tana Fall Gyenis' Motion to Correct Court Error in Guidelines Calculation and Adjust Sentence (Doc. 300), and the Government's response in opposition (Doc. 307). In the motion, Gyenis asks the Court to correct an enhancement of the criminal history point calculation in her Pre-Sentence Investigation Report ("PSR") that she asserts was incorrectly based on a case that was dismissed.

Upon review and consideration, and being fully advised in the premises, the Court finds that the motion is due to be denied.

## DISCUSSION

On November 18, 2020, Gyenis was sentenced to a total term of 75 months' imprisonment, to be followed by a five-year term of supervised release, upon her plea of guilty to bank fraud and aggravated identity theft. Doc. 234. She is currently serving her term of imprisonment.

Gyenis moves for the Court to review the sentencing guidelines' calculation of her sentencing range. Doc. 300. She explains that she had the opportunity to view the

PSR when she arrived at her prison facility and discovered that the criminal history points she was given erroneously included a Hillsborough County case, number 19-CF-8438, that was dismissed. *Id.* In response, the Government asserts that Gyenis did not receive any additional points for the Hillsborough County case, which the PSR recognized had been dismissed. Doc. 307 at 3. The Government also points out that Gyenis was asked at sentencing whether she had reviewed the PSR. *Id.* at 4.

Gyenis' guidelines range was not incorrectly calculated. The PSR reflects that she received a total of 8 points for her criminal history. Doc. 195. The charges and cases that led to each point are listed in paragraphs 59 to 70. *Id.* at 12-17. Next to each case is an indication of how many points were added to Gyenis's score as a result of that case. *Id.* Hillsborough County case number 19-CF-8438 is not included in this list. *Id.* Paragraphs 71-73 indicate that the total number of criminal history points resulting from the list of cases in the preceding paragraphs is 6, plus an additional 2 points that were added because the instant offenses was committed while Gyenis was under a criminal justice sentence for several Hillsborough County cases (docket numbers 15-CJ-3122, 16-CJ-0329, 16-CF,11470, and 17-CF-14702), leading to a total of 8 criminal history points. *Id.* at 17-18. The only reference to Hillsborough County case number 19-CF-8438 comes *after* the total of 8 criminal history points has already been calculated based on the list of cases in paragraphs 59 to 70. *Id.* at 18. In paragraph 76, Hillsborough County case 19-CF-8438 is listed under "Other Criminal Conduct," along with a note that the case was dismissed. *Id.* No point allocation is indicated next

to this case. The Government is therefore correct that the dismissed case was not included as part of the calculation of 8 criminal history points in Gyenis's PSR.

Even assuming, *arguendo*, that a procedural basis exists to review Gyenis's sentence at this time, the Court finds that there was no error in Gyenis's guidelines calculation. Accordingly, her motion is due to be denied.

Accordingly, it is ORDERED:

1. Defendant Tana Fall Gyenis' Motion to Correct Court Error in Guidelines Calculation and Adjust Sentence (Doc. 300) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 6, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties